UNITED STATES BANKRUTPCY COURT
DISTRICT OF NEW JERSEY

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Isabel C. Balboa, Esquire
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

**Order Filed on February 7, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

PATRICIA E. DOLAN

Case No: 16-13098 (ABA)

Hearing Date:

Judge: Andrew B. Altenburg, Jr.

Chapter:    13

---

Recommended Local Form:    ☐ Followed    ☒ Modified

---

# ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following pages number two (2) through (3) is hereby **ORDERED**.

**DATED: February 7, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having considered the motion or certification of Isabel C. Balboa, Chapter 13 Standing Trustee, and any objections filed, it is hereby

ORDERED that:

☒ The debtor(s)' case is hereby DISMISSED.

☐ The debtor(s)' plan is allowed to continue at the regular monthly payment of $____ for a period of _____. If the debtor(s) should fail to make any future Chapter 13 plan payment for a period of more than thirty (30) consecutive days, the Trustee shall file a Certification of Default with notice of said Certification to the debtor(s) and debtor(s)' attorney, if any, and the court shall enter an Order dismissing the debtor(s)' case.

☐ An Order to Employer to pay the Chapter 13 Trustee shall be prepared and filed with the Court by the debtor(s) or debtor(s)' attorney, if any, within thirty (30) days from the date of this Order.

☐ Other:

　　☒ IT IS FURTHER ORDERED that, pursuant to 11 U.S.C. § 349(b), this Court for cause retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

　　☐ IT IS FURTHER ORDERED that the debtor(s)' case is allowed to continue with the arrears being capitalized through the debtor(s)' plan, and the plan shall continue at $_____ which represents total receipts applied to plan.

2

❏    IT IS FURTHER ORDERED that the debtor(s)' case is allowed to continue with a lump sum payment of $____ due within ____ days from the date of this Order.

❏    IT IS FURTHER ORDERERED that if the debtor(s)' instant Chapter 13 case is dismissed, such dismissal shall be with prejudice and the debtor(s) shall be barred from filing for Chapter 13 bankruptcy protection for a period of _____ from the date of dismissal of debtor(s)' case.

❏    IT IS FURTHER ORDERED that the debtor(s)' case is allowed to continue with tier payments of _____.

❏    This order incorporates a fee application for debtor(s)' attorney in the amount of $_____ pending Court approval.

❏    A status hearing shall be held on _____.

❏    _____.

United States Bankruptcy Court
District of New Jersey

In re:  
Patricia E. Dolan  
       Debtor

Case No. 16-13098-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Feb 07, 2017  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2017.  
db             +Patricia E. Dolan,    15 Reeves Road,    Woodbury, NJ 08096-6309

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2017 at the address(es) listed below:  
       Denise E. Carlon     on behalf of Creditor     Nationstar Mortgage LLC d/b/a Champion Mortgage  
        Company dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
        summarymail@standingtrustee.com  
       Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
       Joshua I. Goldman     on behalf of Creditor     Nationstar Mortgage LLC d/b/a Champion Mortgage  
        Company jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       S. Daniel Hutchison     on behalf of Debtor Patricia E. Dolan sdhteamlaw@outlook.com,  
       backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;sdhlawpara2@outlook.com  
                                                                                                                            TOTAL: 5